### PENNSYLVANIA *v.* JOHN GILLESPIE.

GILLESPIE was indicted for unlawfully, forcibly, and contemptuoufly, tearing down, and contemptuoufly refufing to replace, an advertifement, fet up by the commiffioners of *Fayette* county, of the fale of lands there for arrears of county taxes.

PRESIDENT. For taking down an advertifement of a *Weller & al* fale of property for private ufe, an action would, in my *v. Baker,* opinion, lie for contingent damages. It feems to follow, *2 Wils. 414.* therefore, that, when the fale is under a public law, for public ufe, an indictment fhould lie for the injury done to the public.

He was convicted.